UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DANYA CERRONE,

                Plaintiff,

   -v-

TRANSAMERICA CAPITAL, INC.

                Defendant.

------------------------------------------------------------x

CIVIL ACTION NO.:
▓▓▓▓▓▓ (GEL)
07CV 8433

STIPULATION TO
AMEND COMPLAINT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/07

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff, DANYA CERRONE, and counsel for Defendant, TRANSAMERICA CAPITAL, INC., as follows:

1) Plaintiff will serve and file an Amended Complaint by November 16, 2007; and

2) Defendant will have sixty (60) days from date of service of the Amended Complaint to answer, move or otherwise respond to the Amended Complaint.

Dated: October 30, 2007

By: _____
William Paul Nolan (WN 8292)
444 East 75th Street
15th Floor
New York, New York 10021
Tel: (212) 570-0428
*(Counsel for Plaintiff)*

Dated: October 29, 2007

By: _____
E. Johan Lubbe (EL 5772)
Jackson Lewis LLP
One North Broadway
White Plains, New York 10601
Tel: (914) 514-6114
*(Counsel for Defendant)*

So Ordered:

_____
Hon. Gerard E. Lynch U.S.D.J.

Date: 11/1/07