# THE NOLAN LAW FIRM
### A GENERAL LAW PRACTICE

WILLIAM PAUL NOLAN, ESQ.
E-MAIL
WPN@ATTORNEYSNEWYORK.COM

TELEPHONE
(212) 308-3456
TELECOPIER
(212) 879-6806

*MEMO ENDORSED*

444 EAST 75TH STREET
NEW YORK, NEW YORK 10021
15TH FLOOR
(ADDRESS FOR SERVICE)

590 MADISON AVENUE
NEW YORK, NEW YORK 10022
21ST FLOOR

April 4, 2008

Hon. Gerard E. Lynch
United States District Judge
Southern District of New York
500 Pearl Street
Chambers Room 910
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/08
```

Re: _Cerrone v. Transamerica Capital, Inc., 07 CIV. 8433 GEL)_

Hon. United States District Judge Lynch:

This is Plaintiff's first request for an adjournment or extension of time. Upon consent of Defendant's counsel and pursuant to the Court's "Individual Practices in Civil Cases", paragraph 1E, the parties seek the Court's permission to adjourn the completion of fact discovery as set forth in the December 17, 2007 Civil Case Management Plan from June 30, 2008 until September 30, 2008 and the next Case Management Conference from August 1, 2008 until ~~November 3, 2008 or a similar date.~~ *
October 3, 2008, at 10:30 a.m.

The reason for the parties' request is Plaintiff's husband's fracture of both hips, which has made Plaintiff, the sole bread winner in the family, responsible for the 24 hour care of her husband, who had been a stay at home dad, and who will continue to be confined to a wheel chair for the next 4-6 weeks before beginning rehabilitation, as well as, responsible for her 2 year old twins and her employment duties.

With the Court's permission, the parties will agree among themselves as to the scheduling of the various discovery items but request that the Court schedule a new "Next Case Management Conference".

Respectfully submitted,

William Paul Nolan
cc: E. Johan Lubbe, Esq.

* SO ORDERED

_Gerard E. Lynch_
GERARD E. LYNCH, U.S.D.J.

4/4/08